*N*. F. PIERCE v. R. R. DUNHAM, Administratrix, Appellant.

OPINION ON APPEAL.

*Appeal from Pottawattamie District Court.*—HON. W. R. GREEN, Judge

SATURDAY, JANUARY 22, 1898.

THIS is a proceeding in probate to establish a claim on two promissory notes against the estate of W. E. Durham, deceased Issues were formed, and a trial had thereon; and, at the conclusio 1 of the evidence, the court, on motion of plaintiff directed a verdict in his favor, from which the defendant appealed.—*Affirmed.*

*C. H. Converse* for appellant.

*Benjamin & Preston* for appellee.

PER CURIAM.—Most of the errors assigned and argued are as to the rulings on the admission and exclusion of evidence. Of the questions that could be considered, in view of the assignments, none are of sufficient importance to justify an opinion, and the judgment will stand AFFIRMED.